Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1414
joseph@josephmaylaw.com

Attorney for Plaintiff
RAMON OBAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS, | CASE NO.: C 09-5540-PVT |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE ENE DEADLINE** |
| COUNTY OF MONTEREY; CONAN HICKEY; CHARLES R. WEST; RICHARD RODRIGUEZ; JOHN JEFFERSON; MICHAEL MUSCUTT; and DOES 1-50, inclusive. | Action filed:   November 23, 2009 |
| | Trial date:      July 18, 2011 |
| Defendants. | |

## **STIPULATION**

The Parties hereby stipulate as follows:

1. Plaintiff and Defendant County of Monterey ("Monterey") (Plaintiff and Monterey are hereafter referred to as the "original parties") stipulated to participate in an Early Neutral Evaluation ("ENE") by June 7, 2010, and the Court entered an order on the stipulation. The Court thereafter assigned evaluator Louis A. Leone, Esq.

2. The original parties held a telephone conference with Mr. Leone on April 8, 2010, and discussed the fact that Plaintiff would be amending the complaint to add additional parties. It was further discussed that there was a possibility that not all of the new parties would be served and appear in time for them to participate in the ENE by the June 7, 2010 deadline.

3. As of the date of this stipulation, all of the defendants have been served; however, the responsive pleadings of the new defendants are not due until after June 6, 2010.

1
C-09-5540-PVT
STIPULATION AND ORDER TO CONTINUE ENE DEADLINE

1      4. The original parties believe that an ENE would be far more effective if it were
2  conducted after all parties appear in this action, and after a certain amount of discovery is
3  conducted. Therefore, for good cause, the original parties hereby request a continuance of the
4  ENE deadline until early August 2010.
5      5. Mr. Leone has been notified of the original parties' request to continue the ENE
6  deadline, and he is agreeable to the continuance. Due to a scheduled trial, Mr. Leone will be
7  unavailable to conduct the ENE from June 11, 2010 until the early part of August 2010.
8  **So stipulated.**
9  Dated: May 17, 2010                  LAW OFFICE OF JOSEPH S. MAY

                                                                            _____
                                                                            Joseph S. May, Attorney for Plaintiff,
                                                                            Ramon Obas

**So stipulated.**

Dated: May 17, 2010                  OFFICE OF THE COUNTY COUNSEL,
                                                                            COUNTY OF MONTEREY

                                                                            _____
                                                                            By: William M. Litt, Attorney for Defendant

Pursuant to General Order 45, §X(B), the filer of this document attests that he has received the concurrence of this signatory to file this document.

## ORDER

It is HEREBY ORDERED that the deadline for the Parties to complete an Early Neutral Evaluation in this matter is August 31, 2010.

DATED: __May 20, 2010_____              _/s/ Patricia V. Trumbull_____
                                                                       PATRICIA V. TRUMBULL
                                                                       United States Magistrate Judge