1  CHARLES J. McKEE (SBN 152458)
   Monterey County Counsel
2  WILLIAM LITT (SBN 166614)
   Deputy County Counsel
3  Office of the County Counsel
   168 West Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Littwm@co.monterey.ca.us
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6
   Attorneys for Defendants
7  COUNTY OF MONTEREY;
   CONAN HICKEY; CHARLES R. WEST;
8  RICHARD RODRIGUEZ

9  JOSEPH S. MAY (SBN 245924)
   Law Offices of Joseph S. May
10 22 Battery Street, Suite 810
   San Francisco, CA  94111
11 joseph@josephmaylaw.com
   Facsimile:  (415) 398-1414
12 Attorney for Plaintiff RAMON OBAS
13
   VINCENT P. HURLEY (SBN 111215)
14 AMANDA M. COHEN (SBN 243946)
   Law Offices of Vincent P. Hurley
15 38 Seascape Village
   Aptos, CA  95003
16 VpHurley@hurleylaw.com
17 acohen@hurleylaw.com
   Facsimile:  (831) 661-4804
18 Attorneys for Defendant MICHAEL MUSCUTT
19
   JULIANNE MOSSLER (SBN 243749)
20 Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
21 San Francisco, CA  94102-7004
   Julianne.Mossler@doj.ca.gov
22 Facsimile:  (415) 703-5843
   Attorney for Defendant JOHN JEFFERSON
23
24 / / /

25 / / /

26 / / /

27 / / /

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; CHARLES R. WEST; RICHARD RODRIGUEZ; JOHN JEFFERSON; MICHAEL MUSCUTT; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.:   CV-09-5540-JW<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF RAMON OBAS IN STATE PRISON**<br><br>**[FRCP 30(a)(2)(B)]** |

The Parties hereby stipulate to request an Order pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) granting leave to take the deposition of Plaintiff RAMON OBAS at North Kern State Prison, Delano, California, or at any other prison, county jail, or correctional facility where Plaintiff may be housed in the future.

Dated: July_____, 2010            OFFICE OF THE COUNTY COUNSEL
                                  COUNTY OF MONTEREY


                                  _____/S/ William Litt_____
                                  WILLIAM LITT, Counsel for Defendants
                                  County of Monterey, Conan Hickey, Charles R.
                                  West, and Richard Rodriguez


Dated: July_____, 2010            LAW OFFICES OF VINCENT P. HURLEY


                                  _____/S/ Amanda M. Cohen_____
                                  AMANDA M. COHEN, Counsel for
                                  Defendant Michael Muscutt

1  Dated: July_____, 2010                OFFICE OF THE ATTORNEY GENERAL
2                                        STATE OF CALIFORNIA

3                                              _/S/ Julianne Mossler_____
4                                        JULIANNE MOSSLER, Counsel for
                                         Defendant John Jefferson
5

6

7                                        LAW OFFICES OF JOSEPH S. MAY
8

9  Dated:  July _____, 2010                    _/S/ Joseph S. May_____
                                         JOSEPH S. MAY,
10                                       Counsel for Plaintiff

11

12

13                              **ORDER**

14     Pursuant to the Stipulation above, the Court grants leave to take the deposition of

15  Plaintiff RAMON OBAS at North Kern State Prison, Delano, California, or at any other prison,

16  county jail, or correctional facility where Plaintiff may be housed in the future.

17     **IT IS SO ORDERED.**

18

19  DATED:_____7/14/10_____          _____[signature]_____
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28