**UNITED STATES DISTRICT COURT**

Northern District of California

San Jose Division

| | |
|---|---|
| RAMON OBAS,<br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY,<br>        Defendant.<br>_____/ | No. C 09-5540 LHK<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFF RAMON OBAS TO ATTEND THE ENE BY VIDEO CONFERENCE OR TELEPHONE**<br><br>Date:        August 25, 2010<br>Mediator:    Louis Leone |

Having considered the stipulation of the Parties, it is HEREBY ORDERED that Plaintiff RAMON OBAS, be, and hereby is, excused from personally attending the Early Neutral Evaluation session and must appear by video conferencing, if available.

IT IS FURTHER ORDERED that North Kern State Prison shall arrange for Mr. Obas, CDC #V32030, to appear by video conference or, if video conference is unavailable, by telephone for the duration Early Neutral Evaluation on August 25, 2010, from 10:00 a.m. to 2:00 p.m: The Early Neutral Evaluation is an evaluation and settlement proceeding sponsored and ordered by the United States District Court for the Northern District of California.

IT IS SO ORDERED.

August 20, 2010        By:    _____
Dated                                Elizabeth D. Laporte
                                United States Magistrate Judge