UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| RAMON OBAS,<br>     Plaintiff,<br><br>     v.<br><br>COUNTY OF MONTEREY, et al.,<br>     Defendant.<br>_____/ | No. C 09-5540 LHK<br><br>**ORDER GRANTING REQUEST FOR NON-PARTY CDCR'S REPRESENTATIVE JULIE SOBEL TO ATTEND THE ENE BY TELEPHONE**<br><br>Date:            August 25, 2010<br>Neutral Evaluator:    Louis Leone |

IT IS HEREBY ORDERED that JULIE SOBEL, the representative for non-party California Department of Corrections and Rehabilitation, is excused from personally attending the August 25, 2010 ENE session before Louis Leone.

IT IS FURTHER ORDERED that MS. SOBEL shall be available to participate in the ENE at all times by telephone, pursuant to ADR L.R. 5-10(f). It is vitally important that all parties who will potentially participate in settlement discussions during the course of ENE be able to hear the parties'

////
////
////
////
////

presentations, as well as the evaluator's assessment of the case, as anticipated by ADR L.R. 5-11.

IT IS SO ORDERED.

| August 20, 2010 | By: | *Elizabeth D. Laporte* (signature) |
|---|---|---|
| Dated | | Elizabeth D. Laporte |
| | | United States Magistrate Judge |