1  CHARLES J. McKEE (SBN 152458)
   Monterey County Counsel
2  WILLIAM LITT (SBN 166614)
   Deputy County Counsel
3  Office of the County Counsel
   168 West Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Littwm@co.monterey.ca.us
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6  Attorneys for Defendants
   COUNTY OF MONTEREY;
7  CONAN HICKEY; CHARLES R. WEST;
   RICHARD RODRIGUEZ
8
   JOSEPH S. MAY (SBN 245924)
9  Law Office of Joseph S. May
   22 Battery Street, Suite 810
10 San Francisco, CA  94111
   joseph@josephmaylaw.com
11 Telephone: (415) 781-3333
   Facsimile:  (415) 398-1410
12 Attorney for Plaintiff RAMON OBAS
13
   VINCENT P. HURLEY (SBN 111215)
14 AMANDA M. COHEN (SBN 243946)
   Law Offices of Vincent P. Hurley
15 38 Seascape Village
   Aptos, CA  95003
16 VpHurley@hurleylaw.com
17 acohen@hurleylaw.com
   Telephone: (831) 661-4800
18 Facsimile:  (831) 661-4804
19 Attorneys for Defendant MICHAEL MUSCUTT

20 JULIANNE MOSSLER (SBN 243749)
   Deputy Attorney General
21 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
22 Julianne.Mossler@doj.ca.gov
23 Telephone: (415) 703-5746
   Facsimile:  (415) 703-5843
24 Attorney for Defendant JOHN JEFFERSON

25 VANESSA W. VALLARTA (SBN 142404)
   Office of the City Attorney
26 200 Lincoln Avenue
27 Salinas, CA  93901
   Telephone:  (831) 758-7256
28 Facsimile:  (831) 758-7257

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; CHARLES R. WEST; RICHARD RODRIGUEZ; JOHN JEFFERSON; MICHAEL MUSCUTT; and DOES 1-50, inclusive.<br><br>        Defendants. | Case No.:   CV-09-5540-LHK<br><br>**STIPULATION TO REQUEST A CONTINUANCE OF THE HEARING ON DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND THE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** as modified |

The parties to the above-captioned action hereby stipulate to respectfully request that the Court continue the hearing on Defendants' respective motions for summary judgment under Rule 56, currently set on December 9, 2010, to January 27, 2011.  The continuance will enable the parties to obtain and more effectively use deposition transcripts in making and opposing the summary judgment motions, and provide time for them to determine whether additional depositions may assist the Court in ruling on the motions.  The parties also respectfully request that the Court continue the Further Case Management Conference set for December 9, 2010, and set it on the same date as the summary judgment hearing.

Dated: October_____, 2010                    OFFICE OF THE COUNTY COUNSEL
                                             COUNTY OF MONTEREY


                                              */S/ William Litt*
                                             WILLIAM LITT, Counsel for Defendants
                                             County of Monterey, Conan Hickey, Charles R.
                                             West, and Richard Rodriguez

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: October_____, 2010 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | |
| 3 | | _/S/ Amanda M. Cohen_ |
| | | AMANDA M. COHEN, Counsel for |
| 4 | | Defendant Michael Muscutt |

Dated: October_____, 2010    OFFICE OF THE ATTORNEY GENERAL
                             STATE OF CALIFORNIA

                             _/S/ Julianne Mossler_
                             JULIANNE MOSSLER, Counsel for
                             Defendant John Jefferson

                             LAW OFFICE OF JOSEPH S. MAY

Dated: October _____, 2010    _/S/ Joseph S. May_
                             JOSEPH S. MAY,
                             Counsel for Plaintiff

[~~PROPOSED~~] **ORDER** as modified

Pursuant to the Stipulation above, the Court hereby continues the hearing on Defendants' respective summary judgment motions and the Further Case Management Conference to January 27, 2011, and modifies the briefing schedule to conform to the new hearing date.

Additionally, the parties shall file a revised stipulation that includes dated signatures.

**IT IS SO ORDERED.**

DATED: October 25, 2010

_Lucy H. Koh_
Lucy H. Koh
UNITED STATES DISTRICT JUDGE