| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of California |
| 2 | MICHAEL W. JORGENSON |
|   | Supervising Deputy Attorney General |
| 3 | JULIANNE MOSSLER |
|   | Deputy Attorney General |
| 4 | State Bar No. 243749 |
|   |   455 Golden Gate Ave., Suite 11000 |
| 5 |   San Francisco, CA 94102 |
|   |   Telephone:  (415) 703-5746 |
| 6 |   Fax:  (415) 703-5843 |
|   |   E-mail:  Julianne.Mossler@doj.ca.gov |
| 7 | Attorneys for Defendant Jefferson |
| 8 | Vanessa W. Vallarta, City Attorney #142404 |
|   | OFFICE OF THE CITY ATTORNEY |
| 9 |   200 Lincoln Avenue |
|   |   Salinas, CA 93901 |
| 10 |   Telephone:  (831) 758-7256 |
|   |   Facsimile:  (831) 758-7257 |
| 11 |   |
|   | Vincent P. Hurley #111215 |
| 12 | Amanda M. Cohen #243946 |
|   | LAW OFFICES OF VINCENT P.  HURLEY |
| 13 | A Professional Corporation |
|   |   38 Seascape Village |
| 14 |   Aptos, California 95003 |
|   |   Telephone:  (831) 661-4800 |
| 15 |   Facsimile:  (831) 661-4804 |
|   | Attorneys for Defendant MICHAEL MUSCUTT |
| 16 |   |
|   | Charles J. McKee, County Counsel #152458 |
| 17 | William Litt, Deputy County Counsel #166614 |
|   | Office of the Monterey County Counsel |
| 18 |   168 W. Alisal Street, 3rd Floor |
|   |   Salinas, CA  93901-2653 |
| 19 |   Telephone: (831) 755-5045 |
|   |   Fax:  (831) 755-5283 |
| 20 |   E-mail: Littwm@co.monterey.ca.us |
|   | Attorneys for Defendants COUNTY OF |
| 21 | MONTEREY, CONAN HICKEY, CHARLES R. |
|   | WEST; RICHARD RODRIGUEZ |
| 22 |   |
|   | Joseph S. May  SBN 245924 |
| 23 | LAW OFFICE OF JOSEPH S. MAY |
|   |   22 Battery Street, Suite 810 |
| 24 |   San Francisco, CA 94111 |
|   |   Telephone: (415) 781-3333 |
| 25 |   Facsimile: (415) 398-1410 |
|   |   E-mail:  joseph@josephmaylaw.com |
| 26 | Attorney for Plaintiff RAMON OBAS |
| 27 | /// |
| 28 | /// |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAMON OBAS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**COUNTY OF MONTEREY, et al.,**<br><br>　　　　　　　　　　　Defendants. | CV 09-5540 LHK<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

　　　Plaintiff Ramon Obas, by and through his attorney of record, voluntarily dismisses Defendants Muscutt, Jefferson, West, and Rodriguez from this action, with prejudice but without any consideration or monetary sum. As between Plaintiff and the dismissed parties, each party is to bear his own attorneys' fees and costs.

Dated: Oct. 29, 2010　　　　　　　　　　　/s/ Joseph S. May
　　　　　　　　　　　　　　　　　　　　JOSEPH S. MAY
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Ramon Obas

Dated: Oct. 29, 2010　　　　　　　　　　　/s/ Julianne Mossler
　　　　　　　　　　　　　　　　　　　　JULIANNE MOSSLER
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Jefferson

Dated: Oct. 29, 2010　　　　　　　　　　　/s/ William Litt
　　　　　　　　　　　　　　　　　　　　WILLIAM LITT
　　　　　　　　　　　　　　　　　　　　Deputy County Counsel
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants County of Monterey,
　　　　　　　　　　　　　　　　　　　　Conan Hickey, Charles R. West, and Richard
　　　　　　　　　　　　　　　　　　　　Rodriguez

Dated: Oct. 29, 2010　　　　　　　　　　　/s/ Amanda Cohen
　　　　　　　　　　　　　　　　　　　　AMANDA COHEN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Muscutt

1  **IT IS SO ORDERED.**

3  Dated: November 3, 2010

   _____
   THE HONORABLE LUCY H. KOH,
   UNITED STATES DISTRICT JUDGE