Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
RAMON OBAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; CHARLES R. WEST; RICHARD RODRIGUEZ; JOHN JEFFERSON; MICHAEL MUSCUTT; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: C 09-5540-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Action filed:   November 23, 2009<br><br>Trial date:   July 18, 2011 |

## STIPULATION

Plaintiff RAMON OBAS, through counsel, and Defendants COUNTY OF MONTEREY and HICKEY, (hereafter collectively referred to as the "Parties") hereby stipulate as follows:

1. The case involves claims by Plaintiff that law enforcement officers caused and/or exacerbated injuries to his lower extremities during the course of his arrest on the night of October 23, 2008 and/or morning of October 24, 2008.

2. Plaintiff named several defendants in his first amended complaint because he did not know the identities of the responsible law enforcement officers. Through discovery in this matter, Plaintiff learned that one of the law enforcement officers who required Plaintiff to walk, with assistance, to a police car on the night of the subject incident was Monterey County Sheriff's Office Deputy Bryan Hoskins.

3. Plaintiff alleged in his Complaint and First Amended Complaint that law enforcement officers at the scene of the subject incident were liable for, inter alia, negligently causing Plaintiff to jump from the second story balcony of an apartment building. Plaintiff has agreed to dismiss the portion of his claims that seek to assign liability to any law enforcement officer or other defendant for causing Plaintiff to jump from the balcony.

4. The Parties hereby stipulate to Plaintiff's filing of a Second Amended Complaint, a copy of which is attached as Exhibit A hereto, which would add Deputy Bryan Hoskins as a Defendant and remove the claim that any law enforcement officer or other defendant should be held liable for negligently causing Plaintiff to jump from the balcony on the night of the subject incident.

**So stipulated.**

Dated: November 3, 2010    LAW OFFICE OF JOSEPH S. MAY


_____/s/_____
JOSEPH S. MAY, Attorney for Plaintiff,
RAMON OBAS

**So stipulated.**

Dated: November 3, 2010    OFFICE OF THE COUNTY COUNSEL,
COUNTY OF MONTEREY


_____/s/_____
By: WILLIAM M. LITT, Attorney for Defendants
COUNTY OF MONTEREY and HICKEY

## ORDER

Pursuant to the Stipulation of the Parties, Plaintiff is hereby granted leave to file a Second Amended Complaint, and the Defendants shall have 15 days to file Answers thereto.

SO ORDERED.

Date:__November 3, 2010_____    ____*Lucy H. Koh*_____
LUCY H. KOH
United States District Judge

2

C-09-5540-LHK
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT