Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
RAMON OBAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; and DOES 1-50, inclusive. <br><br> Defendants. | CASE NO.: C09-5540-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FACT AND EXPERT DISCOVERY CUT-OFF** <br><br> Action filed:   November 23, 2009 <br><br> Trial date:   July 18, 2011 |

**STIPULATION**

Plaintiff RAMON OBAS, through counsel, and Defendants COUNTY OF MONTEREY, CONAN HICKEY, and BRYAN HOSKINS, (hereafter collectively referred to as the "Parties") hereby stipulate and agree as follows:

1. Trial of this case is set for July 18, 2011. Fact discovery is currently scheduled to close on January 28, 2011 and expert discovery is scheduled to close on March 25, 2011.

2. The hearing for Defendants' motion for summary judgment was continued by order of this Court, pursuant to stipulation, from December 9, 2010 to January 27, 2011. The Parties believe that the discovery deadline should be extended due to the fact that the summary judgment motion may reveal information upon which both Parties may wish to follow up with discovery and also due to the fact that the current discovery deadlines are far in advance of the trial date.

1

C09-5540-LHK
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES

3. The Parties believe that continuing the fact discovery deadline from January 28, 2011 to March 18, 2011, and continuing the expert discovery deadline from March 25, 2011 to April 22, 2011, would be appropriate and hereby jointly and respectfully request an order so continuing said deadlines.

**So stipulated.**

Dated: December 13, 2010             LAW OFFICE OF JOSEPH S. MAY

                                     */s/ Joseph S. May*
                                     JOSEPH S. MAY, Attorney for Plaintiff,
                                     RAMON OBAS

**So stipulated.**

Dated: December 13, 2010             OFFICE OF THE COUNTY COUNSEL,
                                     COUNTY OF MONTEREY

                                     */s/ William M. Litt\**
                                     By: WILLIAM M. LITT, Attorney for Defendants
                                     COUNTY OF MONTEREY, CONAN HICKEY
                                     AND BRYAN HOSKINS

                                     *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the close of fact discovery is hereby continued to March 18, 2011 and the close of expert discovery is hereby continued to April 22, 2011.

**SO ORDERED.**

Date: December 27, 2010             *Lucy H. Koh*
                                    LUCY H. KOH
                                    United States District Judge

2

C09-5540-LHK
STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES