1  Joseph S. May   SBN 245924
   LAW OFFICE OF JOSEPH S. MAY
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 781-3333
   Facsimile (415) 398-1410
4  joseph@josephmaylaw.com

5  Attorney for Plaintiff
   RAMON OBAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; and DOES 1-50, inclusive.<br><br>　　　　　　　　Defendants. | CASE NO.: C09-5540-LHK-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURES, EXPERT DISCOVERY CUT-OFF AND DEPOSITIONS OF TREATING PHYSICIANS**<br><br>Action filed:　November 23, 2009<br><br>Trial date:　　July 25, 2011 |

### STIPULATION

Plaintiff RAMON OBAS, through counsel, and Defendants COUNTY OF MONTEREY, CONAN HICKEY, and BRYAN HOSKINS, (hereafter collectively referred to as the "Parties") hereby stipulate and agree as follows:

1. Trial of this case is set for July 25, 2011. Expert disclosures are due February 25, 2011, designation of rebuttal experts are due March 11, 2011, fact discovery is scheduled to close on March 18, 2011 and expert discovery is scheduled to close on April 22, 2011.

2. Defendants' motion for summary judgment was heard on January 27, 2011, but no ruling has been issued yet. The Parties believe that certain discovery deadlines should be extended due to the fact that the ruling on the summary judgment motion could affect the scheduling in this case, and the proposed extended deadlines are still well in advance of trial.

3. The Parties believe that continuing the expert disclosure date to March 28, 2011, the deadline to disclose rebuttal experts to April 11, 2011, and the close of expert discovery (which the parties stipulate should include any depositions of treating physicians) to May 23, 2011, would be appropriate and hereby jointly and respectfully request an order so continuing said deadlines.

**So stipulated.**

Dated: February 7, 2011                     LAW OFFICE OF JOSEPH S. MAY

                                            */s/ Joseph S. May*
                                            JOSEPH S. MAY, Attorney for Plaintiff,
                                            RAMON OBAS

**So stipulated.**

Dated: February 7, 2011                     OFFICE OF THE COUNTY COUNSEL,
                                            COUNTY OF MONTEREY

                                            */s/ William M. Litt\**
                                            By: WILLIAM M. LITT, Attorney for Defendants
                                            COUNTY OF MONTEREY, CONAN HICKEY
                                            AND BRYAN HOSKINS

                                            *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the designation of experts is continued to March 28, 2011, rebuttal designations shall be made by April 11, 2011, and close of expert discovery (which shall include depositions of treating physicians) shall be continued to May 23, 2011.

**SO ORDERED.**

Date: February 10, 2011                     *Lucy H. Koh*
                                            LUCY H. KOH
                                            United States District Judge

2

C09-5540-LHK-PSG
SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES