1  CHARLES J. McKEE (SBN 152458)
   Monterey County Counsel
2  WILLIAM LITT (SBN 166614)
   Deputy County Counsel
3  Office of the County Counsel
   168 West Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Littwm@co.monterey.ca.us
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6  Attorneys for Defendants
   COUNTY OF MONTEREY;
7  CONAN HICKEY; BRYAN HOSKINS

8  JOSEPH S. MAY (SBN 245924)
   Law Office of Joseph S. May
9  22 Battery Street, Suite 810
   San Francisco, CA  94111
10 joseph@josephmaylaw.com
   Telephone: (415) 781-3333
11 Facsimile:  (415) 398-1410
12 Attorney for Plaintiff RAMON OBAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.:   CV-09-5540-LHK<br><br>**STIPULATION TO REQUEST THAT ALL PROCEEDINGS BE STAYED AND DEADLINES VACATED PENDING RESOLUTION OF APPEAL; [PROPOSED] ORDER** |

The parties to the above-captioned action hereby stipulate to respectfully request that the Court stay all proceedings in the above-captioned action in the United States District Court and vacate all discovery, pre-trial, and trial deadlines pending resolution of Defendants'/Appellants' appeal to the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| Dated: March 16, 2011 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF MONTEREY |
| | |
| | _/S/ William Litt_<br>WILLIAM LITT, Counsel for Defendants<br>County of Monterey, Conan Hickey, and Bryan Hoskins |
| | |
| | LAW OFFICE OF JOSEPH S. MAY |
| Dated:  March 16, 2011 | _/S/ Joseph S. May_<br>JOSEPH S. MAY,<br>Counsel for Plaintiff |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the Court hereby stays all proceedings in the above-captioned action in the United States District Court and vacates all discovery, pre-trial, and trial deadlines pending resolution of Defendants'/Appellants' appeal to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: March 25, 2011

_Lucy H. Koh_
Lucy H. Koh
UNITED STATES DISTRICT JUDGE