UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS, | Case No.: 09-CV-05540-LHK |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; AND DOES 1-50, INCLUSIVE, | |
| Defendants. | |

On February 22, 2011, this Court issued an Order granting in part and denying in part Defendants' motion for summary judgment. Defendants subsequently appealed the denial, arguing that Defendants were entitled to qualified immunity. The Ninth Circuit has affirmed the Court's Order. Accordingly, the parties are ordered to attend a case management conference on April 17, 2013 at 2:00 p.m. in order to address how this matter shall proceed and set a case schedule. The parties shall submit a joint case management statement by April 10, 2013. In the joint case management statement, the parties should set forth a proposed case schedule through trial.

**IT IS SO ORDERED.**

Dated: March 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05540-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE