Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone  (415) 781-3333
Facsimile   (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff RAMON OBAS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: C09-5540-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REQUIRING PELICAN BY STATE PRISON TO MAKE RAMON OBAS AVAILABLE BY TELEPHONE**<br><br>Action filed:   November 23, 2009<br><br>Trial date:      January 27, 2013 |

## **STIPULATION**

The Parties, through undersigned counsel, stipulate to request an order directing Pelican Bay State Prison to make Mr. Obas to appear by telephone on September 12, 2013, at 10:00 a.m. in order to place a settlement agreement on the record in open court.

**So Stipulated.**

DATED: September 6, 2013                           LAW OFFICE OF JOSEPH S. MAY


                                                                      */s/ Joseph S. May*
                                                                      _____
                                                                      JOSEPH S. MAY
                                                                      Attorney for Plaintiff

1

**So Stipulated.**

DATED: September 6, 2013                OFFICE OF THE COUNTY COUNSEL, MONTEREY CALIFORNIA


/s/ William M. Litt*
_____
By: WILLIAM M. LITT
Attorney for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED that Pelican Bay State Prison shall arrange for Mr. Ramon Ray Obas, CDC No. V32030, to appear by telephone by calling into the Court at (408) 808-3985, promptly at 10:00 a.m. on September 12, 2013.

SO ORDERED.


DATED: September 6, 2013                _____
HON. PAUL SINGH GREWAL
United States Magistrate Judge

C09-5540-LHK (PSG)
ORDER REQUIRING PELICAN BAY STATE PRISON TO HAVE RAMON OBAS APPEAR BY TELEPHONE

2