UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON OBAS,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF MONTEREY; CONAN HICKEY; BRYAN HOSKINS; AND DOES 1-50, INCLUSIVE,<br><br>    Defendants. | Case No.: 09-CV-05540-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT SETTLEMENT STATUS REPORT |

On September 12, 2013, the parties held a further settlement conference and reached a settlement. ECF No. 131. Accordingly, the parties are hereby ordered to file a joint settlement status report indicating when they will file a stipulation of dismissal by Monday, September 16, 2013 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: September 13, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05540-LHK
ORDER DIRECTING PARTIES TO FILE JOINT SETTLEMENT STATUS REPORT