1  Joseph S. May    SBN 245924
   LAW OFFICE OF JOSEPH S. MAY
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone  (415) 781-3333
   Facsimile   (415) 398-1410
4  joseph@josephmaylaw.com

5  Attorney for Plaintiff RAMON OBAS

6

7

8              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE DIVISION

10

11  RAMON OBAS,                           CASE NO.: C09-5540-LHK (PSG)

12              Plaintiff,

13         v.                             **NOTICE OF SETTLEMENT OF ENTIRE
                                          ACTION AND STIPULATION AND
14  COUNTY OF MONTEREY et al.,            [PROPOSED] ORDER CONTINUING
                                          CMC**
                Defendants.
15                                        Action filed:  November 23, 2009

16                                        Trial date:      January 27, 2013

17          NOTICE IS HEREBY GIVEN that the Parties have reached a settlement of the above-

18  captioned action in principle, and a formal written agreement is being prepared. Upon the

19  completion of certain terms of the settlement, the Parties will jointly seek dismissal of this action

20  with prejudice. The Parties therefore request that the Case Management Conference currently set

21  for September 18, 2013 be continued by 60 days, during which time it is anticipated that the

22  stipulation for dismissal will be filed.

23  **So Stipulated.**

24
     DATED: September 13, 2013                LAW OFFICE OF JOSEPH S. MAY
25

26                                            */s/ Joseph S. May*

27                                            _____
                                              JOSEPH S. MAY
28                                            Attorney for Plaintiff

                                      1

1   **So Stipulated.**

2   DATED: September 13, 2013                    OFFICE OF THE COUNTY COUNSEL,
                                                  MONTEREY CALIFORNIA
3

4                                                 /s/ William M. Litt*

5                                                 _____
                                                  By: WILLIAM M. LITT
6                                                 Attorney for Defendants

7                                                 *Pursuant to General Order 45, §X.B., the
                                                  filer of this document attests that he has
8                                                 received the concurrence of this signatory to
                                                  file this document.
9

10                          **[PROPOSED]** ORDER

11          Having considered the notice of settlement and the stipulation of the Parties, and good

12   cause appearing, it is HEREBY ORDERED that the Case Management Conference is continued

13   from September 18, 2013 to November 20, 2013 at 2:00 p.m.

14

15   SO ORDERED.

16

17

18   DATED:_September 16, 2013___            _____
                                             HON. LUCY H. KOH
19                                           United States District Judge

20

21

22

23

24

25

26

27

28
C09-5540-LHK (PSG)
NOTICE OF SETTLEMENT AND STIPULATION AND PROPOSED ORDER TO CONTINUE CMC