1  Joseph S. May   SBN 245924
   LAW OFFICE OF JOSEPH S. MAY
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone  (415) 781-3333
   Facsimile   (415) 398-1410
4  joseph@josephmaylaw.com

5  Attorney for Plaintiff RAMON OBAS

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

| RAMON OBAS, | CASE NO.: C09-5540-LHK (PSG) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE ACTION AND STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** |
| COUNTY OF MONTEREY et al., | |
| Defendants. | Action filed:   November 23, 2009 |
| | Trial date:     January 27, 2013 |

   NOTICE IS HEREBY GIVEN that the Parties have reached a settlement of the above-captioned action in principle, and a formal written agreement is being prepared. Upon the completion of certain terms of the settlement, the Parties will jointly seek dismissal of this action with prejudice. The Parties therefore request that the Case Management Conference currently set for September 18, 2013 be continued by 60 days, during which time it is anticipated that the stipulation for dismissal will be filed.

**So Stipulated.**

   DATED: September 13, 2013          LAW OFFICE OF JOSEPH S. MAY


                                      */s/ Joseph S. May*
                                      _____
                                      JOSEPH S. MAY
                                      Attorney for Plaintiff

                                    1

**So Stipulated.**

DATED: September 13, 2013

OFFICE OF THE COUNTY COUNSEL, MONTEREY CALIFORNIA

/s/ William M. Litt*

By: WILLIAM M. LITT
Attorney for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [PROPOSED] ORDER

Having considered the notice of settlement and the stipulation of the Parties, and good cause appearing, it is HEREBY ORDERED that the Case Management Conference is continued from September 18, 2013 to November 20, 2013 at 2:00 p.m.

SO ORDERED.

DATED: September 16, 2013

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

2

C09-5540-LHK (PSG)
NOTICE OF SETTLEMENT AND STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CMC